UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TARRELL MOSLEY, | )<br>) |
| Plaintiff, | )  2:13-cv-01285-GMN-GWF<br>) |
| vs. | )<br>)  **ORDER** |
| C/O ANDERSON, *et al.*, | )<br>) |
| Defendants. | ) |

This action is a *pro se* civil rights complaint filed pursuant to 42 U.S.C. § 1983 by a state prisoner. Neither a filing fee nor an application to proceed *in forma pauperis* was submitted with the complaint. Plaintiff must either submit the filing fee or submit an application to proceed *in forma pauperis* when initiating an action in this Court. Plaintiff will be granted thirty (30) days in which to submit a completed and signed application to proceed *in forma pauperis* on the form provided by this Court. The application must be accompanied by all required financial documentation, as described in the instructions for use of the form.

**IT IS THEREFORE ORDERED** that the Clerk **SHALL SEND** plaintiff the approved form for an Application to Proceed *In Forma Pauperis* by a prisoner, as well as the document "Information and Instructions for Filing a Motion to Proceed *In Forma Pauperis*." Within **thirty (30)** days from the date of entry of this order, plaintiff **SHALL FILE** a completed and signed application to proceed *in forma pauperis* on the form provided by this Court. Plaintiff's failure to

. . .

. . .

. . .

file an application to proceed *in forma pauperis* in compliance with this order may result in the dismissal of his lawsuit without prejudice.

DATED this 22nd day of July, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge